UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-00376-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| MARK NORMAN KRAMER | ) | |

Upon defendant's motion to seal [DE 33 ], the Court finds good cause has been shown to ALLOW defendant's motion; It is hereby Ordered that [DE 33 ] be Sealed and remain sealed until such time as the Court may direct [DE 33 ] be unsealed.

So Ordered, this the __19__ day of July, 2016.

TERRENCE W. BOYLE
United States District Judge