UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Mark Norman Kramer**                    **Docket No. 5:15-CR-376-1BO**

### Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Mark Norman Kramer, who, upon an earlier plea of guilty to Bank Robbery, in violation of 18 U.S.C. § 2113(a), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 18, 2016, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Mark Norman Kramer was released from custody on September 22, 2017, at which time the term of supervised release commenced. The court was notified through a Violation Report on April 5, 2018, of the defendant's use of methamphetamine.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

While meeting with the probation officer, Kramer expressed a need for mental health services due to his symptoms of depression. He agreed to participate in mental health counseling and signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ Michael C. Brittain                   /s/ Julie Wise Rosa
Michael C. Brittain                       Julie Wise Rosa
Supervising U.S. Probation Officer        Senior U.S. Probation Officer
                                          310 New Bern Avenue, Room 610
                                          Raleigh, NC 27601-1441
                                          Phone: 919-861-8675
                                          Executed On: April 10, 2018

Mark Norman Kramer
Docket No. 5:15-CR-376-1BO
Petition For Action
Page 2

**ORDER OF THE COURT**

Considered and ordered this _____10_____ day of _____April_____, 2018, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_

Terrence W. Boyle
U.S. District Judge