UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Mark Norman Kramer                                    Docket No. 5:15-CR-376-1BO

### Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Mark Norman Kramer, who, upon an earlier plea of guilty to Bank Robbery, in violation of 18 U.S.C. § 2113(a), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 18, 2016, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Mark Norman Kramer was released from custody on September 22, 2017, at which time the term of supervised release commenced. The court was notified through a Violation Report on April 5, 2018, of the defendant's use of methamphetamine.

On April 10, 2018, the conditions of supervision were modified to include a mental health condition.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 17, 2018, the defendant tested positive for the use of methamphetamine. When confronted, Kramer acknowledged using the substance. As a result of his behavior, Kramer was directed to complete 10 hours of community service. He signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The shall perform 10 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.

/s/ Michael C. Brittain                         /s/ Julie Wise Rosa
Michael C. Brittain                             Julie Wise Rosa
Supervising U.S. Probation Officer              Senior U.S. Probation Officer
                                                310 New Bern Avenue, Room 610
                                                Raleigh, NC 27601-1441
                                                Phone: 919-861-8675
                                                Executed On: April 30, 2018

Mark Norman Kramer
Docket No. 5:15-CR-376-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___1___ day of ___May___, 2018, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge